## STATEMENT OF FACTS

1.      On March 4, 2026, at approximately 8:17 p.m., Metropolitan Police Department officers were patrolling with federal law enforcement in southeast Washington, D.C.  The officers saw a ███████████████████████████ driving in the bus lane in the 2500 block of Martin Luther King Jr. Avenue SE then make a right turn against a red light without signaling. The officers attempted to initiate a traffic stop for traffic violations by activating their police cruiser's lights and sirens.

2.      The Focus initially stopped but then fled.  A pursuit ensued.  During the pursuit, the Focus drove recklessly, nearly striking a federal law enforcement vehicle at one point and driving on the wrong side of the street at another.

3.      In the middle of the pursuit, the Focus slowed down.  While the Focus was still in motion, INDIVIDUAL-1 exited the passenger side of vehicle.   Some of the pursuing law enforcement officers immediately stopped and arrested INDIVIDUAL-1.

4.      The Focus continued its flight.  It ultimately pulled into a private driveway in the ███████████████████████████ The driver left the Focus running with the keys in the ignition and fled on foot.  Law enforcement followed.  Eventually, MPD officers apprehended the driver in the area of the 1500 block of Howard Road SE.  The driver was identified as Richard Vaughn.  Law enforcement later determined that Vaughn did not have a valid driver's license.

5.      Law enforcement did not see anyone other than Vaughn and INDIVIDUAL-1 exit the Focus during the pursuit.

6.      When law enforcement approached the Focus in the driveway where it was parked, they could see through the windows what appeared to be a rifle in the passenger seat floorboard area.  It appeared to be a firearm—a weapon that would, was designed to, or could readily be converted to expel a projectile by the action of an explosive.



**The Firearm and Ammunition Recovered from the Focus**

7.     The firearm was an American Tactical, .223-caliber firearm bearing serial number NS319032.  Attached to it was a 30-round-capacity magazine containing 26 rounds of ammunition.  There are no firearm or ammunition manufacturers in the District of Columbia, so the firearm and ammunition must have traveled in interstate or foreign commerce at some point previously.

8.     After Vaughn's arrest, law enforcement took him to MPD's Seventh District police station.  There, they read Vaughn his *Miranda* rights and asked if he would speak with them.  Vaughn agreed and waived his *Miranda* rights.  During the interview, Vaughn explained that he had been released from prison only 20 days previously and was on parole.  He acknowledged that he had the prior convictions described below.  And he admitted that the firearm found in the Focus belonged to him.

9.     Vaughan is prohibited from possessing a firearm because he was previously convicted of a crime punishable by a term of imprisonment greater than one year.  In 2024, he was convicted in D.C. Superior Court case number 2024 CF2 007668 of unlawful possession of a firearm after having been convicted of a crime punishable by imprisonment for a term exceeding one year.  For that crime, he received a 14-month prison sentence.  Vaughn was also convicted in 2015 in D.C. Superior Court case number 2013 CF3 021680 of robbery.  For that crime, he received a 30-month prison sentence.  Based on the prison sentences Vaughn has received, he must have known that he had been previously convicted of a crime that was punishable imprisonment by more than a year.

10.     Based on the facts contained in this affidavit, there is probable cause to believe that Richard Vaughn unlawfully possessed a firearm and ammunition after having been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of 18 U.S.C. § 922(g)(1).

Respectfully submitted,

_____

Nesseem Mekhael
Officer, Badge #5481
Metropolitan Police Department

Subscribed and sworn by telephone pursuant to Federal Rule of Criminal Procedure. 4.1 on March 5, 2026.

_____

HON. MATTHEW J. SHARBAUGH
UNITED STATES MAGISTRATE JUDGE